UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Ross Stevenson

v.                                                            Case Number: 4:22−cv−00045

Specialized Loan Servicing, LLC

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/2/2022

**TIME:** 11:20 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 10, 2022

                                                                               Nathan Ochsner, Clerk