IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSS STEVENSON<br>*Plaintiffs,*<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC<br>*Defendants* | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:22-cv-00045<br>§<br>§ |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party. The dismissal of Plaintiffs' claims and Defendants' counterclaims shall have no effect on the rights of the parties under the Note and Deed of Trust.

Respectfully submitted,

**HUGHES WATTERS ASKANASE, LLP**

By: ___/s/ Damian W. Abreo_____
Damian W. Abreo
Texas Bar No. 24006728
dabreo@hwa.com
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)

**ATTORNEYS FOR DEENDANT,
SPECIALIZED LOAN SERVICING, LLC**

**A NEWARK FIRM**

By: ___/s/ Robert C. Newark, III[1]_____
    Robert C. Newark, III
    Texas Bar No. 24040097
    office@newarkfirm.com
    1341 W. Mockingbird Lane, Ste. 600W
    Dallas, Texas 75247
    (866) 230-7236 (Telephone)
    (888) 316-3398 (Facsimile)

**ATTORNEY FOR PLAINTIFF,
ROSS STEVENSON**

---

[1] Mr. Newark's electronic signature has been added to this document by his permission given in writing.

2